Ronald J. Lopez, WSB No. 7-4697
BAILEY STOCK HARMON COTTAM LOPEZ LLP
6234 Yellowstone Road
P.O. Box 1557
Cheyenne, Wyoming 82003-1557
Phone: (307) 638-7745
Email: ronnie@performance-law.com

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **BRIAN HELLING** | |
| Plaintiff, | |
| v. | Civil Action No.: 2024-CV-00111 |
| **ALLSTATE INSURANCE COMPANY,** | |
| Defendant. | |

### AFFIDAVIT OF KATHLEEN WATSON MOSS, ESQ.

STATE OF ILLINOIS    )
                     ) ss:
COUNTY OF COOK       )

I, Kathleen Watson Moss, state and declare as follows:

1. I am over the age of 18, am competent to testify to the matters stated herein, and have personal knowledge of the matters stated herein.

2. I am a Partner at Benesch Friedlander Coplan & Aronoff, LLP, 71 S. Wacker Drive, Suite 1600, Chicago, Illinois 60606, telephone number: (312) 212-4949, email address: KWatsonMoss@beneschlaw.com.

3. I am admitted to the courts listed in the attached chart as Exhibit A.

4. I am in good standing in all Bars wherever admitted; no disability, disciplinary or grievance proceedings have been filed or are pending against me; and I have never had a request for *pro hac vice* admission denied or revoked.

5. I do not reside in the State of Wyoming.

6. I have not established a place in Wyoming from which I hold myself out to the public as practicing Wyoming law, nor am I soliciting or accepting Wyoming clients.

7. I have not previously sought *pro hac vice* admission in Wyoming.

8. I have notified my client, Allstate Insurance Company, of this Motion requesting permission for me to appear in this matter in this Wyoming court.

9. I acknowledge that I am subject to all applicable provisions of the Wyoming Rules of Professional Conduct and that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming and other court rules; that I have read and will follow these rules throughout the *pro hac vice* admission.

10. The undersigned applicant submits to and is subject to the disciplinary jurisdiction of the Court for alleged misconduct arising in the course of preparation and representation in these proceedings.

11. The Wyoming licensed attorney who will associate with me is Ronald J. Lopez of Bailey Stock Harmon Cottam Lopez LLP. Mr. Lopez will be fully prepared to represent Allstate Insurance Company in this matter at any time and in any capacity.

12. The fee to the United States District Court for the District of Wyoming will be paid upon acceptance of the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of July, 2024.

_____
Kathleen Watson Moss

The above and foregoing Affidavit was subscribed and sworn to or affirmed before me this 12th day of July, 2024, by Kathleen Watson Moss.

*Carmen M. Coronado*
Notary Public
My commission expires: 09/12/2026

> CARMEN M CORONADO
> Official Seal
> Notary Public - State of Illinois
> My Commission Expires Sep 12, 2026

# EXHIBIT A

**Kathleen Watson Moss states where admitted to practice (as of July 10, 2024)**

| Court: | Admission Date: | Active or Inactive |
|---|---|---|
| State of Illinois (No. 6321176) | November 5, 2015 | Active |
| USDC Northern District of Illinois | November 18, 2015 | Active |
| USDC Colorado | April 22, 2024 | Active |